UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IKEOLUWA OPAYEMI,<br>A Minor Child Through Her Parent<br>And Next Friend,<br>STEPHEN OPAYEMI<br><br>             Plaintiffs,<br>     vs.<br><br>MILFORD PUBLIC SCHOOLS,<br>CITY OF MILFORD,<br><br>             Defendants. | CIVIL ACTION NO:<br><br>3:14-cv-1597<br><br><br><br><br><br><br>November 12, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IKEOLUWA OPAYEMI, A Minor Child Through Her Parent and Next Friend, STEPHEN OPAYEMI, and Defendants MILFORD PUBLIC SCHOOLS and CITY OF MILFORD, through their undersigned counsel, who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to all named Defendants, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

                                                                                    RESPECTFULLY SUBMITTED,

THE PLAINTIFFS                                                    THE DEFENDANTS

By: /s/ Gary Phelan                                              By: /s/ James N. Tallberg
Gary Phelan (ct03670)                                         James N. Tallberg (ct17849)
Mitchell & Sheahan, P.C.                                      Karsten & Tallberg, LLC
80 Ferry Blvd., Suite 216                                      8 Lowell Road W
Stratford, Connecticut 06615                                Hartford CT 06119-1817
Tel.: (203) 873-0240                                              (860) 233-5600
gphelan@mitchellandsheahan.com                      jtallberg@kt-lawfirm.com

## CERTIFICATION

I hereby certify that on November 12, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By:     /s/ Gary Phelan
          Gary Phelan (ct03670)